# EXHIBIT "A"

ELECTRONICALLY FILED
3/28/2017 1:28 PM
36-CV-2017-900021.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>36<br><br>Date of Filing:<br>03/28/2017 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA
### ALLSTATE INSURANCE COMPANY v. MICKEY DUNN ET AL

**First Plaintiff:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**First Defendant:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

---

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

---

**ORIGIN:**   F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER

R ☐ REMANDED      T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

---

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO      **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

---

**RELIEF REQUESTED:**      ☐ MONETARY AWARD REQUESTED   ☑ NO MONETARY AWARD REQUESTED

---

**ATTORNEY CODE:**

| WEB035 | 3/28/2017 1:28:46 PM | /s/ JOHN C WEBB V |
|---|---|---|
| | Date | Signature of Attorney/Party filing this form |

---

**MEDIATION REQUESTED:**      ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
3/28/2017 1:28 PM
36-CV-2017-900021.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

## IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

| | | |
|---|---|---|
| *Ex Parte* | ) | |
| | ) | |
| **ALLSTATE INSURANCE COMPANY,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **PETITIONER,** | ) | |
| | ) | **CV-2017-_____** |
| **MICKEY DUNN AND PENNY DUNN,** | ) | |
| | ) | |
| **RESPONDENTS.** | ) | |

## PETITION FOR ISSUANCE OF COURT ORDER
## TO AT&T BEFORE ACTION

**COMES NOW**, Petitioner Allstate Insurance Company (hereinafter "Allstate") pursuant to Alabama Rules of Civil Procedure, Rules 27 and 34 and seeks an Order from this Honorable Court directing AT&T to produce records in discovery before action based on the following grounds:

## I.    LEGAL AND FACTUAL BACKGROUND

1.    Allstate desires to obtain discovery pursuant to Alabama Rules of Civil Procedure, Rules 27 and 34 from: **AT&T Wireless, 11760 U.S. Highway 1, Suite 600, North Palm Beach, Florida 33408**.

2.    The discovery sought from AT&T is as follows: call detail records, text message content, and data usage, with cell site information; which should include all incoming and outgoing, post cut numbers, text and media numbers, triangulation data and corresponding cell tower location data for the time period from January 20, 2017 through February 17, 2017 for the cell phone numbers: 205-496-2119 and 205-372-7120.

3.    Allstate's interest in discovery arises from its ongoing investigation of a homeowner's insurance claim filed as a result of a loss by fire that occurred on or about February

3, 2017 at an insured dwelling located at: 449 Alabama Highway 60, Akron, Alabama 35441. The insureds under the policy are Mickey Dunn and Penny Dunn (collectively, "Respondents").

4.    A court order for disclosure of the above referenced information may be issued by any court that is a court of competent jurisdiction based upon specific and articulable facts showing that there are reasonable grounds to believe that the contents of the records or other information sought is relevant and material to an ongoing investigation.

5.    Accordingly, this petition sets forth the specific and articulable facts showing that there are reasonable grounds to believe that the materials sought are relevant and material to the ongoing investigation of the fire which occurred at 449 Alabama Highway 60, Akron, Alabama 35441.

## II.    THE RELEVANT FACTS

6.    On or about February 3, 2017, a fire occurred at 449 Alabama Highway 60, Akron, Alabama 35441.

7.    The property located at 449 Alabama Highway 60, Akron, Alabama 35441 is owned by the Respondents. The Respondents obtained a home owner's insurance policy for this property from Allstate.

8.    Due to the fire occurring on or about February 3, 2017, the Respondents filed a claim with Allstate pursuant to their policy.

9.    In light of receiving the Respondents' claim under the policy, Allstate is conducting an investigation of the insurance claim under a Reservation of Rights.

10.    An issue has arisen regarding the cause and origin of the fire. As such, Allstate must determine whether it is required to provide coverage to Respondents under the policy.

11.     Allstate has a reasonable expectation that Respondents could pursue litigation against it if the investigation reveals there is no coverage under the Policy and the claim is ultimately denied.

12.     Because the potential cause of action is Respondents, Allstate is not in a position to bring suit or cause it to be brought at this time.

13.     The information sought is currently maintained by third party AT&T.  AT&T is under no duty to maintain or preserve the cell phone data sought and there is a possibility that it may be lost if Allstate is not able to obtain it at this time.

14.     Because the information sought by Allstate would be material and relevant to any potential future litigation as to the activities and location of Respondents on the day of the fire loss, Allstate requests that AT&T be directed to produce all records described in Paragraph No. 2 of this Petition and listed in more detail as Attachment A to the Proposed Order submitted with this Petition.

15.     The potential adverse parties to future litigation are the Respondents.  At the time of the loss, the Respondents resided at: 449 Alabama Highway 60, Akron, Alabama 35441. Pursuant to Alabama Rules of Civil Procedure, Rule 27 (a)(2), Allstate will serve a copy of this petition upon Respondents via certified mail.[1]

16.     Alabama Rules of Civil Procedure, Rule 27 (a)(2) generally requires a hearing on discovery matters prior to an Order being entered. However, in the instant case, Respondents have executed Authorizations for Allstate to obtain cellular phone records, thereby making the need for said hearing moot. (Authorizations, attached as Exhibit 1).

---

[1] Although Allstate will provide a copy of the filed petition to Respondents, as is noted in Paragraph 16, they have signed authorizations allowing Allstate to obtain their cellular phone records.

17.    Time is of the essence with regard to obtaining the requested discovery given that the cell phone data held by AT&T could be potentially deleted or destroyed with the passage of time.

18.    AT&T's policy is not to produce the requested records except in response to a Court Order and it will not permit Allstate to obtain the requested information with a signed Authorization from its subscriber.

19.    A proposed Order, including a detailed listing of the information sought, has been submitted simultaneously for the Court's review. Allstate will fax a copy of the court's respective order to AT&T upon entry.

**WHEREFORE, PREMISES CONSIDERED**, Allstate moves this Honorable Court to enter an order directing AT&T to produce the documents identified in Attachment A of the proposed Order submitted along with this Petition based on the grounds set forth herein and without holding a hearing based upon Respondents' execution of Authorizations allowing Allstate to obtain their cellular phone records

Dated this 28th day of March, 2017.

/s/John C. Webb, V
JOHN C. WEBB, V (WEB035)
Attorney for Petitioner,
Allstate Insurance Company

**OF COUNSEL:**
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, AL  35213
Ph:    (205) 967-8822
Fx:    (205) 967-2380
jwebb@lgwmlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of March, 2017, a true and correct copy of the foregoing was served upon the following via certified mail, addressed as follows:

Mickey Dunn
449 Alabama Highway 60
Akron, Alabama 35441
**CR: 7004 1350 0000 6525 7115**

Penny Dunn
449 Alabama Highway 60
Akron, Alabama 35441
**CR: 7004 1350 0000 6525 7108**

*/s/John C. Webb, V*
OF COUNSEL

2719481_1

# EXHIBIT

# "A"

# AUTHORIZATION

Pursuant to this document (or a Photocopy), I hereby authorize:

Credit bureaus, consumer reporting agencies, financial institutions, governmental agencies (including law enforcement agencies and the Department of Motor Vehicles), fire department, auto repair/maintenance facilities, auto dealerships, insurance company representatives, utility companies, public and private employers, and employees of any of the above, to furnish to:

Allstate Indemnity Company, its affiliates, and their employees, agents, representatives, or attorneys, all information regarding:

- o   Salary and Employment Records
- o   Mortgage Records
- o   Income Tax Returns and supporting documentation
- o   Bank statements or records
- o   Finances or installment purchases
- o   Credit standing or rating
- o   Auto, Property and Liability claim history
- o   Police, traffic or accident reports**
- o   Any and all insurance records and purchases
- o   Medical and hospital records, notes, and payments
- o   Utility records/billing statements
- o   Telephone/Cellular records/billing statements
- o   Event Data Recorder records
- o   Vehicle Repair/Maintenance Records
- o   Driver and/or Motor Vehicle records

**Police records mean: traffic, accidental reports, including personal or public records retained by any law enforcement agency relating to criminal arrests or convictions.

This Authorization is relative to a loss involving Property which occurred on or about February 03, 2017, and is used exclusively to investigate any and all aspects of this loss or matters pertaining thereto.

By signing this authorization, I acknowledge Allstate Indemnity Company does not waive any of the policy terms, conditions, exclusions or limitations by investigating this loss.

If the claim involves a property loss, I also give Allstate Indemnity Company, its affiliates, and its employees, agents, representatives and attorneys full permission to enter the premise where the loss occurred for the purpose of conducting any investigation deemed necessary by the Company. This Authorization includes permission to photograph and remove any item or material from the premises for any reason relevant to the investigation of the loss as determined by the Company.

This authorization is valid for the duration of the claim.

I understand that I may receive a copy of this authorization upon request.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

| SIGNATURE: Mickey Dunn | SOCIAL SEC NO: 418-72- REDACTED |
| PRINT NAME: Mickey Dunn | DATE OF BIRTH: 01 ██ 1954 |
| BY: | ADDRESS: 449 Albury 60 |
| DATE: 2/21/17 | CITY, STATE, ZIP: Akron, Ala. 35491 |

# AUTHORIZATION

Pursuant to this document (or a Photocopy), I hereby authorize:

Credit bureaus, consumer reporting agencies, financial institutions, governmental agencies (including law enforcement agencies and the Department of Motor Vehicles), fire department, auto repair/maintenance facilities, auto dealerships, insurance company representatives, utility companies, public and private employers, and employees of any of the above, to furnish to:

Allstate Indemnity Company, its affiliates, and their employees, agents, representatives, or attorneys, all information regarding:

- o Salary and Employment Records
- o Mortgage Records
- o Income Tax Returns and supporting documentation
- o Bank statements or records
- o Finances or installment purchases
- o Credit standing or rating
- o Auto, Property and Liability claim history
- o Police, traffic or accident reports**
- o Any and all insurance records and purchases
- o Medical and hospital records, notes, and payments
- o Utility records/billing statements
- o Telephone/Cellular records/billing statements
- o Event Data Recorder records
- o Vehicle Repair/Maintenance Records
- o Driver and/or Motor Vehicle records

**Police records mean: traffic, accidental reports, including personal or public records retained by any law enforcement agency relating to criminal arrests or convictions.

This Authorization is relative to a loss involving Property which occurred on or about February 03, 2017, and is used exclusively to investigate any and all aspects of this loss or matters pertaining thereto.

By signing this authorization, I acknowledge Allstate Indemnity Company does not waive any of the policy terms, conditions, exclusions or limitations by investigating this loss.

If the claim involves a property loss, I also give Allstate Indemnity Company, its affiliates, and its employees, agents, representatives and attorneys full permission to enter the premise where the loss occurred for the purpose of conducting any investigation deemed necessary by the Company. This Authorization includes permission to photograph and remove any item or material from the premises for any reason relevant to the investigation of the loss as determined by the Company.

**This authorization is valid for the duration of the claim.**

I understand that I may receive a copy of this authorization upon request.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

| SIGNATURE: | | SOCIAL SEC NO: | 4-34-81- REDACTED |
| PRINT NAME: | Penny Dun | DATE OF BIRTH: | 1-   -57 |
| BY: | | ADDRESS: | 449 A1 Hwy 60 |
| DATE: | 2/21/17 | CITY, STATE, ZIP: | 35441 |

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>36-CV-2017-900021.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF HALE COUNTY
### ALLSTATE INSURANCE COMPANY V. MICKEY DUNN ET AL

MICKEY DUNN, 449 ALABAMA HIGHWAY 60, AKRON, AL 35441

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOHN C WEBB V

WHOSE ADDRESS IS 880 Montclair Road, Suite 100, BIRMINGHAM, AL 35213

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   ALLSTATE INSURANCE COMPANY
   pursuant to the Alabama Rules of the Civil Procedure

Date   3/28/2017 1:28:58 PM      /s/ CATRINNA LONG PERRY
                                 Clerk/Register
                                 1001 MAIN STREET, ROOM 13
                                 GREENSBORO, AL 36744

☑ Certified Mail is hereby requested      /s/ JOHN C WEBB V
                                          Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
                                                                    (Date)

_____        _____        _____
Date                        Server's Signature          Address of Server

_____        _____        _____
Type of Server              Server's Printed Name        _____
                                                         Phone Number of Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>36-CV-2017-900021.00 |
|---|---|---|

IN THE CIRCUIT COURT OF HALE COUNTY

ALLSTATE INSURANCE COMPANY V. MICKEY DUNN ET AL

PENNY DUNN, 449 ALABAMA HIGHWAY 60, AKRON, AL 35441

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOHN C WEBB V

WHOSE ADDRESS IS 880 Montclair Road, Suite 100, BIRMINGHAM, AL 35213

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    ALLSTATE INSURANCE COMPANY

pursuant to the Alabama Rules of the Civil Procedure

Date   3/28/2017 1:28:58 PM        /s/ CATRINNA LONG PERRY

Clerk/Register

1001 MAIN STREET, ROOM 13

GREENSBORO, AL 36744

☑ Certified Mail is hereby requested        /s/ JOHN C WEBB V

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____  in  _____  County, Alabama on  _____

(Date)

_____
Date

_____
Server's Signature

_____
Address of Server

_____
Type of Server

_____
Server's Printed Name

_____
Phone Number of Server

**IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA**

ALLSTATE INSURANCE
COMPANY                                    )
                  Plaintiff,        )
                              )
              V.        )        **Case No.:**  CV-2017-900021.00
                              )
DUNN MICKEY,                              )
DUNN PENNY,                               )
              Defendants.       )

**ORDER**

     This matter having come before the court pursuant to a petition under <u>Alabama Rules of Civil</u> <u>Procedure</u>, Rule 27, which requested the issuance of an order directing AT&T, an electronic communications service provider and a remote computing service, to disclose certain records and other information, as set forth in Attachment A to this Order, the court finds that the Petitioner has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information **and the contents of wire or electronic communication** sought are relevant and material to an ongoing investigation.

     **IT APPEARING** that the information sought is relevant and material to an ongoing investigation;

     **IT IS ORDERED** that AT&T will, within fifteen (15) days of the date of this Order, turn over to Allstate Insurance Company the records and other information as set forth in Attachment A to this Order.  The records should be sent to counsel for Allstate at the following address:

John C. Webb, V
Lloyd, Gray, Whitehead & Monroe, P.C.
880 Montclair Road, Suite 100
Birmingham, AL  35213

Dated: _____

_____
CIRCUIT JUDGE

**ATTACHMENT A**

     You are to provide the following information as printouts and/or in electronic form, associated with the following customer or subscriber account information for any accounts registered to **MICKEY DUNN and PENNY DUNN**, whose numbers are believed to be <u>**205-496-2119 and 205-372-7120**</u> as well as any other numbers on the Dunn's AT&T Wireless account.

The information requested is limited to the time period of **January 20, 2017 through February 17, 2017.**

For each such account, the information provided shall include:

1. Name(s) listed on account;
2. Address(es) associated with account;
3. Cell site activity, including post cut numbers, text and media numbers, triangulation data and corresponding cell tower location data, for the time period of January 20, 2017 through February 17, 2017;
4. Outgoing calls;
5. Incoming calls;
6. Times phone calls were made;
7. Duration of phone calls made;
8. Times of phone calls received;
9. Duration of phone calls received;
10. Time of ongoing MNS or SMS messages;
11. Time and amount of data transmission received or uploaded;
12. Any data necessary to determine the location of the cell phone during the period of time for the time period of January 20, 2017 through February 17, 2017;
13. Call detail records;
14. Text message content;
15. Data usage, with cell site information; which should include all incoming and outgoing, post cut numbers, text and media numbers, triangulation data and corresponding cell tower location data; and
16. VOLTE data records.

DONE this[To be filled by the Judge].

/s/[To be filled by the Judge]
_____

CIRCUIT JUDGE

ELECTRONICALLY FILED
3/29/2017 12:26 PM
36-CV-2017-900021.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

## IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:    CV-2017-900021.00 |
| | ) |
| DUNN MICKEY, | ) |
| DUNN PENNY, | ) |
| Defendants. | ) |

## <u>ORDER</u>

This matter having come before the court pursuant to a petition under <u>Alabama Rules of Civil Procedure</u>, Rule 27, which requested the issuance of an order directing AT&T, an electronic communications service provider and a remote computing service, to disclose certain records and other information, as set forth in Attachment A to this Order, the court finds that the Petitioner has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information **and the contents of wire or electronic communication** sought are relevant and material to an ongoing investigation.

**IT APPEARING** that the information sought is relevant and material to an ongoing investigation;

**IT IS ORDERED** that AT&T will, within fifteen (15) days of the date of this Order, turn over to Allstate Insurance Company the records and other information as set forth in Attachment A to this Order.  The records should be sent to counsel for Allstate at the following address:

John C. Webb, V
Lloyd, Gray, Whitehead & Monroe, P.C.
880 Montclair Road, Suite 100
Birmingham, AL  35213

**DONE this 29th day of March, 2017.**

**/s/ HON. MARVIN W. WIGGINS**
**CIRCUIT JUDGE**

## ATTACHMENT A

You are to provide the following information as printouts and/or in electronic form, associated with the following customer or subscriber account information for any accounts registered to **MICKEY DUNN and PENNY DUNN**, whose numbers are believed to be **205-496-2119 and 205-372-7120** as well as any other numbers on the Dunn's AT&T Wireless account.

The information requested is limited to the time period of **January 20, 2017 through February 17, 2017.**

For each such account, the information provided shall include:

1. Name(s) listed on account;
2. Address(es) associated with account;
3. Cell site activity, including post cut numbers, text and media numbers, triangulation data and corresponding cell tower location data, for the time period of January 20, 2017 through February 17, 2017;
4. Outgoing calls;
5. Incoming calls;
6. Times phone calls were made;
7. Duration of phone calls made;
8. Times of phone calls received;
9. Duration of phone calls received;
10. Time of ongoing MNS or SMS messages;
11. Time and amount of data transmission received or uploaded;
12. Any data necessary to determine the location of the cell phone during the period of time for the time period of January 20, 2017 through February 17, 2017;
13. Call detail records;
14. Text message content;
15. Data usage, with cell site information; which should include all incoming and outgoing, post cut numbers, text and media numbers, triangulation data and corresponding cell tower location data; and
16. VOLTE data records.

ELECTRONICALLY FILED
3/28/2017 11:25 AM
36-CV-2017-900021.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number<br>36-CV-2 |
|---|---|---|

## IN THE CIRCUIT COURT OF HALE COUNTY
## ALLSTATE INSURANCE COMPANY V. MICKEY DUNN ET AL

NOTICE TO       PENNY DUNN, 449 ALABAMA HIGHWAY 60, AKRON, AL 35441

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOHN C WEBB V

WHOSE ADDRESS IS  880 Montclair Road, Suite 100, BIRMINGHAM, AL 35213

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of       ALLSTATE INSURANCE COMPANY
   pursuant to the Alabama Rules of the Civil Procedure
Date   3/28/2017 1:28:58 PM      /s/ CATRINNA LONG PERRY
                                  Clerk/Register

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Penny Dunn
   449 Alabama Highway 60
   Akron, Alabama 35441

   9590 9402 1286 5246 9255 30

2. Article Number (Transfer from service label)

   7004 1350 0000 6525 7108

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
              ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Penny Dunn                    3-30-17
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

---

36-CV-2017-900021.00
ALLSTATE INSURANCE COMPANY V. MICKEY DUNN ET AL

| C001 - ALLSTATE INSURANCE COMPANY | v. | D002 - PENNY DUNN |
|---|---|---|
| Plaintiff | | Defendant |

## SERVICE RETURN

ELECTRONICALLY FILED
3/28/2017 11:27 AM
36-CV-2017-900021.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Nu<br>36-CV-2 |
|---|---|---|

## IN THE CIRCUIT COURT OF HALE COUNTY
## ALLSTATE INSURANCE COMPANY V. MICKEY DUNN ET AL

NOTICE TO   MICKEY DUNN, 449 ALABAMA HIGHWAY 60, AKRON, AL 35441

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOHN C WEBB V

WHOSE ADDRESS IS 880 Montclair Road, Suite 100, BIRMINGHAM, AL 35213

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   ALLSTATE INSURANCE COMPANY
pursuant to the Alabama Rules of the Civil Procedure

Date   3/28/2017 1:28:58 PM   /s/ CATRINNA LONG PERRY

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mickey Dunn
   449 Alabama Highway 60
   Akron, Alabama 35441

9590 9402 1286 5246 9255 47

2. Article Number (Transfer from service label)

7004 1350 0000 6525 7115

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x Micky D                    ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Mickey D                        3/30/17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

(Date)

ss of Server

Number of Server

---

## 36-CV-2017-900021.00
## ALLSTATE INSURANCE COMPANY V. MICKEY DUNN ET AL

| C001 - ALLSTATE INSURANCE COMPANY | v. | D001 - MICKEY DUNN |
|---|---|---|
| Plaintiff | | Defendant |

# SERVICE RETURN


ELECTRONICALLY FILED
6/6/2017 3:56 PM
36-CV-2017-900021.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

State of Alabama        **SUMMONS**
Unified Judicial System      **-CIVIL-**

### IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

Mickey Dunn and Penny Dunn vs. Allstate Insurance Company, Allstate Indemnity Company, The Sabatini Agency, Inc., et al.

Notice to: ALYSON M. SABATINI % THE SABATINI AGENCY, INC., 670 MONTGOMERY HWY, VESTAVIA HILLS, ALABAMA 35216

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY K. SCOTT STAPP WHOSE ADDRESS IS P.O. BOX 590, DEMOPOLIS, ALABAMA 36732.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐     You are hereby commanded to serve this summons and a copy of the complaint in this action upon the Defendant.

☒     Service by certified mail of this summons is initiated upon the written request of K. Scott Stapp pursuant to the Alabama Rules of Civil Procedure.

Date _____     _____     By: _____
                                                    Clerk/Register

☒     Certified Mail is hereby requested.       <u>K. Scott Stapp, Esq.</u>
                                                           Plaintiff's Attorney's Signature

### RETURN ON SERVICE:

☐     Return receipt of certified mail received in this office on _____.

☐     I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____.

_____     _____
Date                                     Server's Signature

_____     _____
Address of Server                         Type of Process Server

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>36-CV-2017-900021.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA**
**ALLSTATE INSURANCE COMPANY V. MICKEY DUNN ET AL**

**NOTICE TO:** ALLSTATE INDEMNITY COMPANY, 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), KEVIN SCOTT STAPP

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 590, DEMOPOLIS, AL 36732                                                      .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of DUNN MICKEY

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 4/26/2017 3:55:23 PM | /s/ CATRINNA LONG PERRY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ KEVIN SCOTT STAPP

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                                      .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>36-CV-2017-900021.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA**
**ALLSTATE INSURANCE COMPANY V. MICKEY DUNN ET AL**

**NOTICE TO:** THE SABATINI AGENCY, INC., 670 MONTGOMERY HWY, VESTAVIA HILLS, AL 35216

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), KEVIN SCOTT STAPP

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 590, DEMOPOLIS, AL 36732

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of DUNN MICKEY

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 4/26/2017 3:55:23 PM | /s/ CATRINNA LONG PERRY | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ KEVIN SCOTT STAPP

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____
*(Address of Server)*

_____          _____

*(Type of Process Server)*     *(Server's Signature)*          *(Phone Number of Server)*

*(Server's Printed Name)*

ELECTRONICALLY FILED
4/26/2017 3:56 PM
36-CV-2017-900021.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

## IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

| | |
|---|---|
| Ex Parte | * |
| | * |
| ALLSTATE INSURANCE COMPANY, | * |
| | * |
| Petitioner, | *       CASE NO.: CV-2017-900021 |
| | * |
| MICKEY DUNN and PENNY DUNN, | * |
| | * |
| Respondents. | * |

_____

## IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

| | |
|---|---|
| PENNY DUNN and MICKEY DUNN, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *       CASE NO.: CV-2017-900021 |
| | * |
| ALLSTATE INSURANCE COMPANY, | * |
| ALLSTATE INDEMNITY COMPANY, | * |
| THE SABATINI AGENCY, INC., | * |
| and Fictitious Defendants A, B, and C, | * |
| those individuals, corporations or other | * |
| legal entities otherwise unknown to the | * |
| Plaintiffs who are responsible for negligently | * |
| or wantonly failing to procure proper insurance | * |
| coverage for Plaintiffs and/or breaching the | * |
| contract of insurance with Plaintiffs, not | * |
| paying the insurance proceeds due the plaintiffs | * |
| and failing to properly investigate the loss, | * |
| subjecting those findings to a reasonable | * |
| interpretation, and denying payment of claim | * |
| without any reasonable, legitimate or arguable | * |
| reason, | * |
| | * |
| Defendants. | * |

## RESPONSE TO PETITION FOR ISSUANCE
## OF COURT ORDER TO AT&T BEFORE ACTION

Comes Now the Respondents, Mickey and Penny Dunn, and for response to Petitioner's petition state as follows:

1.      Admitted.

2.      Admitted.

3.      Denied. Respondents have cooperated and provided all information needed or required by Petitioners.

4.      Admitted.

5.      Denied.

6.      Admitted.

7.      Admitted.

8.      Admitted.

9.      Admitted. Although the Respondents have cooperated and provided all necessary information needed for Petitioners to pay said claims.

10.     Denied.

11.     Admitted.

12.     The Respondents do not understand this averment therefore, it is denied.

13.     See answer to number 12 above.

14.     Denied.

15.     Admitted.

16.     Respondents were not given a hearing. Therefore, it is denied.

17.     Denied. Respondents have given all necessary documents.

18.     Respondents do not know if this is true.

19.     See answer to number 18 above.

Wherefore, Respondents demand a hearing on all matters set out above.

Respondents having answered the petition state the following counter claim and cross claim against Allstate Insurance Company, Allstate Indemnity Company, The Sabatini Agency, Inc., and Fictitious Defendants A, B, and C.

## COUNTERCLAIM AND CROSS-CLAIM

1.     Penny Dunn is over the age of majority, of sound mind, and a resident citizen of Hale County, Alabama.

2.     Mickey Dunn is over the age of majority, of sound mind, and a resident citizen of Hale County, Alabama.

3.     Allstate Insurance Company and Allstate Indemnity Company are insurance companies located in Northbrook, Ill., that engage in the sale of property and casualty insurance specifically to residents in Hale County, Alabama.

4.     The Sabatini Agency, Inc. is an insurance agency who sold the policy of insurance made the basis of this claim to the Plaintiffs and is located in Vestavia Hills, Alabama.

5.     Fictitious Defendants A, B, and C, those individuals, corporations or other legal entities otherwise unknown to the Plaintiffs who are responsible for negligently or wantonly failing to procure proper insurance coverage for Plaintiffs and/or breaching the

contract of insurance with Plaintiffs, not paying the insurance proceeds due the plaintiffs and failing to properly investigate the loss, subjecting those findings to a reasonable interpretation, and denying payment of the claim without any reasonable, legitimate or arguable reason.

6.    Penny Dunn and Mickey Dunn purchased a policy of insurance from The Sabatini Agency, Inc., with an effective date of October 4, 2016.

7.    Prior to said purchase, The Sabatina Agency called the Plaintiff, Mickey Dunn, and originally discussed selling him auto insurance. During the course of the conversation, the female representative of The Sabatini Agency, Inc., advised Mr. Dunn that he would receive an extra discount if he purchased homeowners insurance as well as auto insurance. Mr. Dunn had homeowners insurance with American Family at that time and was satisfied with that coverage.

8.    Further, The Sabatini Agency, Inc. representative confirmed that the costs of combining the auto and homeowners coverage would in fact be less than Mr. Dunn's previous auto and homeowner's coverage. Based on these representations, the Dunns purchased this insurance.

9.    The Sabatini Agency, Inc. representative did not come to the Dunn's home to view the inside of the home and did not ask any questions about the hot water heater in the home. Further, The Sabatini Agency, Inc. representative did not ask any questions about any of the appliances in the home. Had the Sabatini Agency, Inc. representative inspected these applications it would have specifically procured a policy of insurance insuring against the

very loss made the basis of this lawsuit.

10.     Plaintiffs paid all premiums necessary to insure the home.

11.     On or about February 3, 2017, the home caught fire and burned completely destroying all contents. The cause of the fire was accidental.

12.     Thereafter, Penny Dunn and Mickey Dunn made a timely claim to Allstate Indemnity Company and Fictitious Defendants A, B, and C.

13.     Thereafter, they provided a signed proof loss on or about March 9, 2017.

14.     Allstate Insurance Company and Allstate Indemnity Company and Fictitious Defendants A, B, and C continued to investigate the claim. Specifically, the Plaintiffs were required to submit to an examination under oath and provide all necessary documentation showing their loss, including various banking records, title to the mobile home, telephone records, utility bills, receipts, and photographs of the mobile home.

15.     Since that time, Defendants have not made payment for the loss to the Plaintiffs.

16.     Pursuant to Section 1 Condition- Our settlement Options, on page 13 of the Insurance Contract, Allstate Insurance Company, Allstate Indemnity Company and Fictitious Defendants A, B, and C within 30 days after we receive your signed, sworn proof of loss to notify you of the option or options we intend to exercise with regard to paying this loss.

17.     On the date this fire occurred, Sawyerville Volunteer Fire Department and Akron Fire Department were contacted to come and put out the fire.

18.     After the fire was extinguished, the fire chief for the Akron Volunteer Fire

Department showed Penny Dunn the area where the fire started near the water heater in a closet. He advised the Dunns that the fire was accidental.

19.     Furthermore, Allstate Indemnity Company and Fictitious Defendants A, B, and C hired Adam Bomner to investigate this loss. He came to the scene and investigated and advised Mr. Dunn that the hot water heater was the cause of the fire.

## COUNT ONE

20.     The Plaintiffs reallege each and every allegation contained in paragraphs one through nineteen above.

21.     On or about October 4, 2016, Plaintiffs entered into a contract with the Defendant Allstate Indemnity Company and Fictitious Defendants A, B, and C.

22.     Pursuant to that contract, Plaintiffs purchased an insurance policy covering perils such as fire.

23.     Plaintiffs complied with their obligation pursuant to the policy on their home paying all premiums and providing all necessary documents needed for the investigation including sitting for an examination under oath.

24.     The Defendants breached this contract by failing to pay the Plaintiffs pursuant to the insurance policy.

Wherefore, premises considered, Plaintiffs demand judgment against the Defendants equal to the total amount of insurance shown on the declaration page for the loss of their home, their contents, additional living expenses, prejudgment interest and costs.

## COUNT TWO

25.      Plaintiffs reallege each and every allegation contained in paragraphs one through twenty-four above.

26.      Plaintiffs and Defendants entered into an agreement on or about October 4, 2016 whereby the Defendants were to provide a policy of insurance covering perils such as fire.

27.      On or about February 3, 2017, Plaintiffs incurred an accidental a fire loss which destroyed their home and contents.

28.      Plaintiffs have complied with all aspects of the contract of insurance.

29.      The Defendants have wrongfully failed to pay the Plaintiffs pursuant to their policy of insurance. Specifically, there is no reasonably legitimate or arguable reason to deny payment to the Plaintiffs, and the Defendants have acted in bad faith.

30.      Furthermore, the Defendants have failed to properly investigate this loss and further have failed to properly subject their findings to a reasonable interpretation and have failed to pay the Plaintiffs' claims in bad faith.

Wherefore, premises considered, Plaintiffs demand judgment against the Defendants in a sum to be determined by a struck jury above the jurisdictional limit plus interest and costs.

## COUNT THREE

31.      Plaintiffs reallege each and every allegation contained in paragraphs one through thirty above.

32.     On or about October 4, 2016, Plaintiffs and Defendant, The Sabatini Agency, Inc., discussed the purchase of a policy of homeowners insurance. The Sabatini Agency represented by and through its employee that the policy covered the Plaintiffs in case of a fire and that should a fire destroy their home and contents the Plaintiffs would recover for their loss, if they paid their premiums and followed all terms of their policy. These representations were false.

33.     The Plaintiffs believed this representation and purchased the policy of insurance, paid all premiums, followed all terms of their policy and have not been paid on their policy.

34.     The Sabatini Agency, Inc., by and through its employee, intentionally misrepresented these facts to the Plaintiffs or recklessly misrepresented facts to the Plaintiffs without knowing the truth or mistakenly misrepresented these facts to the Plaintiffs with the intention that the Plaintiffs rely on them. The Plaintiffs did rely and purchased the policy of insurance.

Wherefore, premises considered, Plaintiffs demand judgment against the Defendant, The Sabatini Agency, Inc., in a sum to be determined by a struck jury above the jurisdictional limit plus interest and costs.

## COUNT FOUR

35.     Plaintiffs reallege each and every allegation contained in paragraphs one through thirty-four above.

36.     The Sabantini Agency, Inc., by and through its representative, with a view to

compensation undertook to procure insurance for the Plaintiffs and negligently or wantonly failed to do so.

37.    Based on this negligence or wantonness, the Plaintiffs have been damaged.

38.    Based on The Sabatini Agency, Inc.'s, wantonness, the Plaintiffs seek punitive damages.

Wherefore, premises considered, Plaintiffs demand judgment against the Defendant, The Sabatini Agency, Inc., in an amount to be determined by a struck jury above the jurisdictional limit plus interest and costs.

/s/K. Scott Stapp, Esq.
**MANLEY, TRAEGER, PERRY**
**STAPP & COMPTON**
Attorney for the Respondents
P.O. Box 590
Demopolis, Alabama 36732
Phone: (334) 289-1384
Fax: (334) 289-5384
kss@manleytraeger.com

**RESPONDENTS DEMAND TRIAL BY STRUCK JURY**

s/K. Scott Stapp, Esq.
**MANLEY, TRAEGER, PERRY**
**STAPP & COMPTON**
Attorney for the Respondents



ELECTRONICALLY FILED
6/6/2017 3:56 PM
36-CV-2017-900021.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

State of Alabama
Unified Judicial System

# SUMMONS
## -CIVIL-

## IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

Mickey Dunn and Penny Dunn vs. Allstate Insurance Company, Allstate Indemnity Company, The Sabatini Agency, Inc., et al.

Notice to: ALYSON M. SABATINI % THE SABATINI AGENCY, INC., 670 MONTGOMERY HWY, VESTAVIA HILLS, ALABAMA 35216

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.  YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT.  A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY K. SCOTT STAPP WHOSE ADDRESS IS P.O. BOX 590, DEMOPOLIS, ALABAMA 36732.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐    You are hereby commanded to serve this summons and a copy of the complaint in this action upon the Defendant.

☒    Service by certified mail of this summons is initiated upon the written request of K. Scott Stapp pursuant to the Alabama Rules of Civil Procedure.

Date _____        _____        By: _____
                                                                    Clerk/Register

☒    Certified Mail is hereby requested.        K. Scott Stapp, Esq. _____
                                                                    Plaintiff's Attorney's Signature

## RETURN ON SERVICE:

☐    Return receipt of certified mail received in this office on _____.

☐    I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____.

_____        _____
Date                                                        Server's Signature

_____        _____
Address of Server                                           Type of Process Server



ELECTRONICALLY FILED
6/06/2017 3:56 PM
36-CV-2017-900021.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

State of Alabama
Unified Judicial System

# SUMMONS
## -CIVIL-

## IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

Mickey Dunn and Penny Dunn vs. Allstate Insurance Company, Allstate Indemnity Company, The Sabatini Agency, Inc., et al.

Notice to: CT CORPORATION SYSTEM % ALLSTATE INDEMNITY COMPANY, 2 NORTH JACKSON STREET, SUITE 605, MONTGOMERY, ALABAMA 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.  YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT.  A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY K. SCOTT STAPP WHOSE ADDRESS IS P.O. BOX 590, DEMOPOLIS, ALABAMA 36732.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐   You are hereby commanded to serve this summons and a copy of the complaint in this action upon the Defendant.

☒   Service by certified mail of this summons is initiated upon the written request of K. Scott Stapp pursuant to the Alabama Rules of Civil Procedure.

Date _____        _____      By: _____

Clerk/Register

☒   Certified Mail is hereby requested.          K. Scott Stapp, Esq. _____

Plaintiff's Attorney's Signature

## RETURN ON SERVICE:

☐   Return receipt of certified mail received in this office on _____.

☐   I certify that I personally delivered a copy of the Summons and Complaint to _____

_____  in _____ County, Alabama on _____.

_____
Date

_____
Server's Signature

_____
Address of Server

_____
Type of Process Server



ELECTRONICALLY FILED
4/26/2017 3:56 PM
36-CV-2017-900021.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

State of Alabama
Unified Judicial System

## SUMMONS
### -CIVIL-

## IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

Mickey Dunn and Penny Dunn vs. Allstate Insurance Company, Allstate Indemnity Company, The Sabatini Agency, Inc., et al.

Notice to: CT CORPORATION SYSTEM % ALLSTATE INSURANCE COMPANY, 2 NORTH JACKSON STREET, SUITE 605, MONTGOMERY, ALABAMA 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY K. SCOTT STAPP WHOSE ADDRESS IS P.O. BOX 590, DEMOPOLIS, ALABAMA 36732.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐    You are hereby commanded to serve this summons and a copy of the complaint in this action upon the Defendant.

☒    Service by certified mail of this summons is initiated upon the written request of K. Scott Stapp pursuant to the Alabama Rules of Civil Procedure.

Date _____     _____     By: _____

Clerk/Register

☒    Certified Mail is hereby requested.      <u>K. Scott Stapp, Esq.</u>

Plaintiff's Attorney's Signature

## RETURN ON SERVICE:

☐    Return receipt of certified mail received in this office on _____.

☐    I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____.

_____
Date

_____
Server's Signature

_____
Address of Server

_____
Type of Process Server

ELECTRONICALLY FILED
4/26/2017 3:56 PM
36-CV-2017-900021.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

## IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

PENNY DUNN and MICKEY DUNN,   *
              *
  Plaintiffs,        *
              *
v.              *  CASE NO.: CV-2017-_____
              *
ALLSTATE INDEMNITY COMPANY,  *
THE SABATINI AGENCY, INC.,   *
and Fictitious Defendants A, B, and C,  *
those individuals, corporations or other  *
legal entities otherwise unknown to the  *
Plaintiffs who are responsible for negligently *
or wantonly failing to procure proper insurance *
coverage for Plaintiffs and/or breaching the *
contract of insurance with Plaintiffs, not  *
paying the insurance proceeds due the plaintiffs *
and failing to properly investigate the loss, *
subjecting those findings to a reasonable  *
interpretation, and denying payment of claim *
without any reasonable, legitimate or arguable *
reason,          *
              *
  Defendants.       *

## PLAINTIFFS REQUEST FOR ADMISSIONS, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ALLSTATE INSURANCE COMPANY AND ALLSTATE INDEMNITY COMPANY

  Comes Now the Plaintiffs  pursuant to Rule 33 of the Alabama Rules of Civil Procedure and

propounds unto the Defendants, Allstate Insurance Company, and Allstate Indemnity Company the

following Admissions, Interrogatories and Request for Production of Documents to be answered by

the Defendants, in writing, under oath, within thirty (30) days.

  1.  Admit that on or about October 4, 2016 Allstate Insurance Company, and Allstate

Indemnity Company issued a policy of insurance to Mickey Dunn and Penny Dunn.

RESPONSE:

2.      Admit that pursuant to the policy Allstate Insurance Company, and Allstate Indemnity Company provided insurance coverage for various hazards including fire.

RESPONSE:

3.      Admit that the policy referenced in number one (1) was in full force and effect on or about February 3, 2017 the date the fire made the basis of this lawsuit occurred.

RESPONSE:

4.      Admit that the Plaintiffs complied with all provisions of the policy in making a claim for their loss.

RESPONSE:

5.      Admit that the fire was accidental.

RESPONSE:

6.      State each and every reason why you have denied coverage for the Defendant in this case.

RESPONSE:

7.      If you deny that there has been no formal denial, state each and every reason why it has taken approximately more than thirty (30) days after receipt of Proof of Loss and determination of loss to take any action at all in this matter.

RESPONSE:

8.      State the name of all persons who made the decision to deny this claim or to unreasonable dely any response.

RESPONSE:


9.      Do you contend that the Plaintiffs, Mickey Dunn and Penny Dunn committed arson in this case. If so, state each and every reason why and produce each and every document, statement, photographs, analysis, or other documentation of any kind supporting this allegation.

RESPONSE:


10.      Do you contend that Mickey Dunn or Penny Dunn violated any provision of the policy made the basis of this lawsuit which allows you to deny coverage? If so state which provision was violated, each and every reason how it was violated and produce any and all documents, statements, records, photographs, analysis or any other documentation of any kind supporting this contention.

RESPONSE:


11.      Do you contend that Mikey Dunn and Penny Dunn acted in a dishonest or criminal manner? If so, state each and every reason why and produce any and all documents, records, statements, analysis, photographs, or any documentation what so every supporting your contention.

RESPONSE:


12.      Do you contend that Mickey Dunn and Penny Dunn acted with neglect to preserve property from further damage at or after the time of this loss? If so, state each and every reason why

and produce any and all documents, records, statements, analysis, photographs of any kind supporting this contention.

RESPONSE:

13.    Do you contend that Mickey Dunn and Penny Dunn failed to comply with her duties in the event of loss or damage in compliance with the policy of insurances? If so, state each and every reason why and produce any and all documents, records, statements, analysis, photographs of any kind, or other documents of any kind supporting this contention.

RESPONSE:

14.    Do you contend that Mickey Dunn and Penny Dunn concealed, misrepresented, or committed fraud in this matter. If so, state each and every reason why and produce any and all documents, records, statements, analysis, photographs, other documents of any kind supporting this contention.

RESPONSE:

15.    Do you contend that Mickey Dunn and Penny Dunn committed some act or directed someone to act with the intent to cause a loss in this matter. If so, state each and every reason why and produce any and all documents, records, statements, analysis, photographs, and any all documentation supporting this contention.

RESPONSE:

16.    Identify each and every person you expect to call as an expert witness at the trial of this case and state the following:

(a)      The subject matter on which the expert is expected to testify;

(b)      The subject or facts of which the expert is expected to testify;

(c)      The subject or opinions of which the expert is expected to testify;

(d)      A summary of the grounds for each opinion;

(e)      Any and all qualifications that allow this expert to testify.

RESPONSE:


17.      Produce any and all reports received by any and all expert referenced in question number 16.

RESPONSE:


18.      Produce a copy of your entire investigation into this matter including any and all records, documents, statements, analysis, photographs, or any documents of any kind.

RESPONSE:


19.      Produce your entire adjustors file in this matter.

RESPONSE:


20.      State the name, address, and telephone number of all witness interviewed by you. Produce any statements obtained from any said witness.

RESPONSE:


21.      Produce your entire coverage counsel's file.

RESPONSE:

/s/K. Scott Stapp, Esq.
**MANLEY, TRAEGER, PERRY**
**STAPP & COMPTON**
Attorney for the Plaintiffs
P.O. Box 590
Demopolis, Alabama 36732
Phone: (334) 289-1384
Fax: (334) 289-5384
kss@manleytraeger.com

**TO BE SERVED SIMULTANEOUSLY WITH SUMMONS AND COMPLAINT**

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>36-CV-2017-900021.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA
## ALLSTATE INSURANCE COMPANY V. MICKEY DUNN ET AL

**NOTICE TO:** ALLSTATE INDEMNITY COMPANY, 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), KEVIN SCOTT STAPP

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 590, DEMOPOLIS, AL 36732

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of DUNN MICKEY
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 4/26/2017 3:55:23 PM | /s/ CATRINNA LONG PERRY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ KEVIN SCOTT STAPP

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                        *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>36-CV-2017-900021.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA**
**ALLSTATE INSURANCE COMPANY V. MICKEY DUNN ET AL**

**NOTICE TO:** THE SABATINI AGENCY, INC., 670 MONTGOMERY HWY, VESTAVIA HILLS, AL 35216

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
KEVIN SCOTT STAPP

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 590, DEMOPOLIS, AL 36732

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL**
**PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of DUNN MICKEY

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 4/26/2017 3:55:23 PM | /s/ CATRINNA LONG PERRY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ KEVIN SCOTT STAPP

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____

*(Type of Process Server)*          *(Server's Signature)*          _____

*(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama Unified Judicial System Form C-34 Rev. 4/2017 | SUMMONS - CIVIL - | Court Case Number 36-CV-2017-900021.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA
## ALLSTATE INSURANCE COMPANY V. MICKEY DUNN ET AL

**NOTICE TO:** ALLSTATE INDEMNITY COMPANY, 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), KEVIN SCOTT STAPP

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 590, DEMOPOLIS, AL 36732

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of DUNN MICKEY pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 4/26/2017 3:55:23 PM | /s/ CATRINNA LONG PERRY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ KEVIN SCOTT STAPP

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I person___

_____

*(Name o___)*

Alabama on _____

_____

*(Type of Process Server)*

C001 - ALLSTATE

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALLSTATE INDEMNITY COMPANY
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL 36104

9590 9403 0556 5173 7746 81

2. Article Number (Transfer from service label)

7015 1730 0001 4368 1700

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Laura Morgan_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
SP-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAY 17 2017

CV-17 900021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**36-CV-2017-900021.00** |
|---|---|---|

### IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA
### ALLSTATE INSURANCE COMPANY V. MICKEY DUNN ET AL

**NOTICE TO:** THE SABATINI AGENCY, INC., 670 MONTGOMERY HWY, VESTAVIA HILLS, AL 35216

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), KEVIN SCOTT STAPP

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 590, DEMOPOLIS, AL 36732

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of DUNN MICKEY pursuant to the Alabama Rules of the Civil Procedure.

| 4/26/2017 3:55:23 PM | /s/ CATRINNA LONG PERRY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ KEVIN SCOTT STAPP

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I person

*(Name of*

Alabama on

*(Type of Process Server)*

C001 - ALLSTATE

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE SABATINI AGENCY, INC.
670 MONTGOMERY HWY
VESTAVIA HILLS, AL 35216

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9403 0556 5173 7746 98

2. Article Number *(Transfer from service label)*

7015 1730 0001 4368 1717

PS Form 3811, April 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
6-15-17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

MAY 17 2017

CV-17-900021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt